NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**KIM LAUBE & COMPANY, INC., A CALIFORNIA CORPORATION AND KIM LAUBE, AN INDIVIDUAL,**
*Plaintiffs-Appellants,*

v.

**WAHL CLIPPER CORPORATION, AN ILLINOIS CORPORATION,**
*Defendant-Appellee,*

AND

**DOES, 1 TO 10, INCLUSIVE,**
*Defendants.*

———————————

2014-1457

———————————

Appeal from the United States District Court for the Central District of California in No. 2:09-cv-00914-JAK-JC, Judge John A. Kronstadt.

———————————

**ON MOTION**

———————————

**O R D E R**

Kim Laube & Company, Inc. and Kim Laube move without opposition for an extension of time to file their

2    KIM LAUBE & COMPANY, INC. v. WAHL CLIPPER CORPORATION

opening brief.  Still pending in related case 2014-1111 is a motion to dismiss and a motion to consolidate the appeals.

Accordingly,

IT IS ORDERED THAT:

(1)    The briefing schedule is stayed pending the court's disposition of the pending motions in 2014-1111.

(2)    The motion for an extension of time is denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26