NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIM LAUBE & COMPANY, INC., A CALIFORNIA CORPORATION** AND **KIM LAUBE, AN INDIVIDUAL,**
*Plaintiffs-Appellants,*

v.

**WAHL CLIPPER CORPORATION, AN ILLINOIS CORPORATION,**
*Defendant-Appellee,*

AND

**DOES 1-10, 1 TO 10, INCLUSIVE,**
*Defendants.*

---

2014-1111, -1457

---

Appeals from the United States District Court for the Central District of California in No. 2:09-cv-00914-JAK-JC, Judge John A. Kronstadt.

---

**ON MOTION**

---

Before CHEN, *Circuit Judge.*

**O R D E R**

Wahl Clipper Corporation moves to dismiss 2014-1111 for failure to comply with the Federal Circuit Rules and the Federal Rules of Appellate Procedure. Kim Laube & Company, Inc. and Kim Laube (collectively "Laube") oppose.* Laube separately moves to file a substitute brief in 2014-1111 and to consolidate the appeal with 2014-1457. Wahl Clipper opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Wahl Clipper's motion to dismiss 2014-1111 is denied.

(2) Laube's motion to consolidate is granted. The revised official caption is reflected above.

(3) Laube's motion to file a substitute brief is granted to the extent that the opening brief in the consolidated appeals is due within 60 days of the date of this order. No further extensions will be granted to Laube.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

---

* The court notes that approximately two weeks after he submitted Laube's second corrected opening brief in 2014-1111, then counsel for Laube passed away. New counsel have now entered an appearance.